IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DERRICK HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV369 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by August 19, 2005, file their Report of Parties' Planning Conference.

DATED August 2, 2005.

/s/ David L. Piester

United States Magistrate Judge