IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DERRICK HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV369 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by August 19, 2005, file their Report of Parties' Planning Conference.

DATED August 2, 2005.

/s/ *David L. Piester*
United States Magistrate Judge