```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DERRICK HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV369 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, OMAHA POLICE | ) | ORDER |
| DEPARTMENT, DON CAREY, DEREK | ) | |
| MOIS, DAVID WESTBROOK, | ) | |
| ROSEMARY BURDESS, THOMAS | ) | |
| LOFTUS, UNKNOWN SOKOLIK, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The unopposed oral motion of defendants City of Omaha, Omaha Police Department, Don Carey, Derek Mois, Rosemary Burdess, and Thomas Loftus, for an extension of time to file the report of parties' planning conference is granted. The parties are hereby given until September 19, 2005 to file their Rule 26(f) meeting report.

DATED this 4th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge