IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERRICK HOLMES, | ) |
| | ) |
| Plaintiff, | )   8:05CV369 |
| | ) |
| v. | ) |
| | ) |
| CITY OF OMAHA, OMAHA POLICE DEPARTMENT, DON CAREY, DEREK MOIS, DAVID WESTBROOK, ROSEMARY BURDESS, THOMAS LOFTUS, UNKNOWN SOKOLIK, and JOHN DOES 1-10, | )   ORDER |
| | ) |
| Defendants. | ) |

IT IS ORDERED:

Plaintiff's unopposed oral motion for time is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to September 28, 2005.

DATED this 20th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge