```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

DERRICK HOLMES,                  )
                                 )
            Plaintiff,           )        8:05CV369
                                 )
       v.                        )
                                 )
CITY OF OMAHA, OMAHA POLICE      )        MEMORANDUM AND ORDER
DEPARTMENT, DON CAREY, DEREK     )
MOIS, DAVID WESTBROOK,           )
ROSEMARY BURDESS, THOMAS         )
LOFTUS, UNKNOWN SOKOLIK, and     )
JOHN DOES 1-10,                  )
                                 )
            Defendants.          )
                                 )
```

Defendants in this case filed a unilateral report of planning meeting on September 28, 2005, and the plaintiff's counsel filed a "joint" report of planning meeting on September 29, 2005. There is no indication in the latter that the former is not to be considered. The latter, however, does not contain electronic signatures for all counsel.

Fed. R. Civ. P. 26(f) states, "The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court . . . a written report outlining the plan." The two reports filed by counsel do not appear to be a joint effort.

    IT THEREFORE HEREBY IS ORDERED,

    Counsel for the parties are given until October 11, 2005 to confer and submit one joint report of parties' planning meeting, or alternatively show cause why sanctions should not be imposed as provided in Fed. R. Civ. P. 37(g).

DATED this 3rd day of October, 2005.

>   BY THE COURT:
>
>   s/ *David L. Piester*
>   David L. Piester
>   United States Magistrate Judge