IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DERRICK HOLMES,                    )
                                   )
                Plaintiff,         )              8:05CV369
                                   )
        v.                         )
                                   )
CITY OF OMAHA, OMAHA POLICE        )              ORDER
DEPARTMENT, DON CAREY, DEREK       )
MOIS, DAVID WESTBROOK,             )
ROSEMARY BURDESS, THOMAS           )
LOFTUS, UNKNOWN SOKOLIK, and       )
JOHN DOES 1-10,                    )
                                   )
                Defendants.        )
                                   )

Upon consideration of pending matters,

IT IS ORDERED:

1.    Based on the defendants' response, the order to show
      cause, filing 23, is withdrawn and set aside.

2.    Counsel's motion to withdraw, filing 25, is granted,
      effective upon the filing of a certificate of service
      or affidavit indicating that the plaintiff has been
      served with a copy of this order.

3.    Plaintiff is given twenty (20) days from the date of
      this order in which to either: (1) obtain the services
      of substitute counsel and have that attorney file an
      appearance in his behalf; (2) file a motion in this
      court for the appointment of counsel, setting forth his
      present financial status, and the reasons he believes
      counsel should be appointed; or (3) indicate, by
      pleading, that he will proceed in this case without
      counsel.  If none of these actions is taken within the
      next twenty days, this case will be subject to
      dismissal.

DATED this 27th day of October, 2005.

                         BY THE COURT:

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge