IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DERRICK HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv369 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, OMAHA POLICE DEPARTMENT, DON CAREY, DEREK MOIS, DAVID WESTBROOK, ROSEMARY BURDESS, THOMAS LOFTUS, UNKNOWN SOKOLIK, and JOHN DOES 1-10, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 27 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 27 from the record.

DATED this 3rd day of November, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge