IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DERRICK HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV369 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, OMAHA POLICE DEPARTMENT, DON CAREY, Chief of Police, Individually and in his official capacity; Omaha Police Officer DEREK MOIS, Individually and in his official capacity; Omaha Police Officer DAVID WESTBROOK, Individually and in his official capacity; Omaha Police Officer ROSEMARY BURDESS, Individually and in his official capacity; Omaha Police Officer THOMAS LOFTUS, Individually and in his official capacity; Omaha Police Sgt. SOKOLIK, Individually and in his official capacity; JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | REPORT AND RECOMMENDATION |
| Defendants. | ) ) ) | |

There has been no response to the court's order of November 28, 2005, filing 31.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that this matter be dismissed.

DATED this 11th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge